IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAEOLA BRYANT,<br>Plaintiff | : CIVIL ACTION<br>:<br>: |
| v. | :<br>: |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant | :<br>: No. 07-3271<br>: |

**ORDER**

AND NOW, this 19th Day of June, 2008, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Peter B. Scuderi, and upon independent review of the Motions filed by the parties, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's request for remand is GRANTED.

3. The decision of the Commissioner which denied disability insurance benefits to Plaintiff is VACATED and the case is REMANDED to the Commissioner for further proceedings in accordance herewith.

BY THE COURT:

J. CURTIS JOYNER, J.